Moses & Singer LLP
Lawrence L. Ginsburg (LG-6370)
Christopher J. Caruso (CC-8005)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299
Tel: 212-554-7800

Attorneys for ABN AMRO Bank N.V.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re | In a Proceeding Under Section 304 of the Bankruptcy Code |
| PARMALAT FINANZIARIA S.p.A., et al., | Case No. 04-14268 (RDD) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

---------------------------------------------------------x

## NOTICE OF APPEAL

Creditor ABN AMRO Bank N.V., hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001 and 8002, from the Order Pursuant to Section 304 of the Bankruptcy Code Granting Permanent Injunction and Giving Effect to Composition in the United States, entered on July 20, 2007 (Docket No. 215).

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

**Attorneys for Petitioner and the Foreign Debtors Parmalat Finanziaria S.p.A., et al.:**

WEIL GOTHSHAL & MANGES LLP
Marcia L. Goldstein
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**Attorneys for Creditor ABN AMRO Bank N.V.:**

MOSES & SINGER LLP
Lawrence L. Ginsburg (LG 6370)
Christopher J. Caruso (CC 8005)
405 Lexington Avenue
New York, NY 10174
Tel: (212) 554-7800
Fax: (212) 554-7700


Dated: New York, NY
       July 27, 2007

                             **MOSES & SINGER LLP**

                   By:      /s/ Christopher J. Caruso
                             Lawrence L. Ginsburg (LG 6370)
                             Christopher J. Caruso (CC 8005)
                             The Chrysler Building
                             405 Lexington Avenue
                             New York, NY 10174-1299
                             Tel.: (212) 554-7800