# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Lawrence L. Ginsburg
Direct: 212.554.7840    Fax: 212.554.7700
lginsburg@mosessinger.com

**MEMO ENDORSED**

August 29, 2007



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07
```

By Telecopy (212) 805-7949

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: In Re Parmalat Finanziaria S.p.A.; ABN AMRO Bank N.V. (Appellant) v. Parmalat Finanziaria (Appellee); 07-cv-07413(PKC)

Dear Judge Castel:

We represent Appellant ABN AMRO Bank N.V. in the referenced action. At present, Appellant's brief is due September 10, 2007. Counsel to Appellee joins in our request that the following briefing schedule be established:

October 5, 2007:    Appellant's brief to be due;
November 9, 2007:   Appellee's brief to be due;
November 30, 2007:  Appellant's reply brief to be due.

OK

We request that the Court approve the foregoing briefing schedule.

Respectfully,
Moses & Singer LLP

By: _____
Lawrence L. Ginsburg

*Application granted. The proposed briefing scheduled is adopted. SO ORDERED.*
*[signed] PKC USDJ 8-30-07*

cc: Howard Comet, Esq.
    Weil, Gotshal & Manges LLP

592045v1 009986.0100