UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re | Bankruptcy Court<br>Case No. 04-14268 (RDD) |
| PARMALAT FINANZIARIA S.p.A., et al., | |
| | In a Proceeding Under Section<br>304 of the Bankruptcy Code |
|    Debtors in a Foreign Proceeding. | |

-------------------------------------------------------x
ABN AMRO BANK N.V.,

                Appellant,           District Court
                                            **Case No. 07-cv-07413 (PKC)**

- against -

PARMALAT FINANZIARIA S.p.A.,

                Appellee.

-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

**TO THE CLERK, THE UNITED STATES DISTRICT COURT:**

      I, Don Kick, being duly sworn, deposes and says: affiant is not party to the action, is over 21 years of age and resides in Farmingdale, New York.

      On October 5, 2007, affiant caused an exact copy of:

      **Brief of Appellant ABN AMRO Bank N.V.**

to be served Via E-mail and Federal Express on the following parties at their designated addresses for such service on the attached Service List.

                                                                 /s/ Don K. Kick
                                                                     Don K. Kick

Sworn to before me this
5th day of October, 2007

  /s/ Marie S. Leybag
**Marie S. Leybag**
Notary Public, State of New York
No. 01LE5060744
Qualified in Queens County
Commission Expires May 20, 2010

631806v1  009988.0102

Service List

Howard B. Comet, Esq.
Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
howard.comet@weil.com
marcia.goldstein@weil.com