UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | In a Proceeding Under |
| | : | Section 304 of the |
| PARMALAT FINANZIARIA S.p.A. et al., | : | Bankruptcy Code |
| | : | |
| Debtors in a Foreign Proceeding. | : | Case No. 04 -14268 (RDD) |
| | : | (Jointly Administered) |

------------------------------------------------------------------x

| | | |
|---|---|---|
| ABN AMRO BANK N.V., | : | |
| | : | |
| Appellant | : | District Court |
| | : | Case No. 07-cv-07413 (PKC) |
| - against - | : | |
| | : | |
| PARMALAT FINANZIARIA S.p.A. et al., | : | |
| | : | |
| Appellees. | : | |

------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of New York    )
                              )    ss.:
County of New York  )

Laura Saal, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

2. On the 9th day of November 2007, I caused true and correct copies of the following documents to be served by Express Mail upon the parties listed on Exhibit A hereto:

NY2:\1815346\01\12WQ@01!.DOC\66971.0003

   ✓ Response Brief of Appellees Parmalat Finanziaria S.p.A. et al.

*Laura Saal*
Laura Saal

Sworn to before me this
13th day of November, 2007

_____
Notary Public

HEATHER L. AARONSON
Notary Public, State of New York
No. 01AA6117801
Qualified in New York County
Commission Expires Nov. 1, 2008

## Exhibit A

Moses & Singer
The Chrysler Building
405 Lexington Avenue
New York, NY  10177-1299
Attn: Christopher Caruso, Esq.