# MOSES & SINGER LLP

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12-14-07_

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Don K. Kick, Paralegal
Direct: 212.554.7649
Fax: 212.554.7700
dkick@mosessinger.com

## MEMO ENDORSED

October 5, 2007

**VIA FEDERAL EXPRESS**

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007



RECEIVED
OCT 09 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

Re:  In re Parmalat Finanziaria S.p.A.; ABN AMRO Bank N.V.
(Appellant) v. Parmalat Finanziaria (Appellee);
07-cv-07413 (PKC)

Dear Judge Castel:

We represent Appellant ABN AMRO Bank N.V. in the referenced action ("ABN"). Enclosed please find a courtesy copy of ABN's Appellant's Brief which was electronically filed in the referenced action on October 5, 2007.

Respectfully,

Don K. Kick
Legal Assistant

Enc.

*[Handwritten memo endorsement:] The only portion of the record that has been transmitted to my Chambers is the transcript of June 21, 2007 and the "Modified Bench Ruling" annexed to Appellee's brief. If there are any documents, orders, transcripts which are part of the record that should be considered, the parties are directed to transmit copies to Chambers.*

*SO ORDERED*
*[signature] USDJ*
*12-14-07*

632471v1 009988.0102