UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

PARMALAT FINANZIARA S.p.A., et al.,

        Debtors in a Foreign Proceeding.

------------------------------------------------------------x

ABN AMRO BANK N.V.,

        Appellant,

    v.

PARMALAT FINANZIARA S.p.A.,

        Appellees.

------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-08

07 Civ. 7413 (PKC)

ORDER

        Appellant ABN AMRO Bank N.V. is directed to fax a letter to this Court by January 22, 2008 setting forth in detail the status of the January 27, 2005 appeal of the decision of the Court in Parma and the expectations, based upon experience, of when a decision on that appeal may be handed down by the Italian Court. The letter should also address ABN AMRO Bank N.V.'s view of its likelihood of success on its appeal to the Italian Court and whether, pursuant to the inherent power of this Court to control its own docket, the decision on the appeal of the Bankruptcy Court's grant of a section 304 injunction should be deferred for a finite period in anticipation of a ruling from the Italian Court. Parmalat Finanziara S.p.A. is directed to respond by February 6, 2008.

        SO ORDERED.

                                                        P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
       January 7, 2008