## MOSES & SINGER LLP

**MEMO ENDORSED**

Christopher J. Caruso
Direct Dial: 212.554.7893
ccaruso@mosessinger.com

January 23, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08
```

<u>VIA FACSIMILE – 212.805.7949</u>

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **In re Parmalat Finanziaria S.p.A.**
   **ABN AMRO Bank N.V. (Appellant) v. Parmalat Finanziaria, et al. (Appellees);**
   **07-cv-07413 (PKC)**

Dear Judge Castel:

We represent Appellant ABN AMRO Bank N.V. in the referenced action ("ABN"). On today's date, we received an e-mail from counsel for Appellees requesting a copy of our letter sent in response to Your Honor's Order entered on January 8, 2008 (the "Order").

No such letter has been sent, however, as the e-mail from Appellees' counsel was our first notification of the issuance of the Order. Indeed, although I am listed as the attorney of record on the docket for the above-referenced matter, I have conducted a review of my e-mail and have determined that I never received notification of the entry of the Order. I am advised that our Managing Clerks' office likewise did not receive notification although its e-mail address is included as a secondary e-mail address on my ECF account.

In no way did we intentionally disregard the Order of the Court and we apologize for any inconvenience. However, we respectfully request that the dates in the January 8, 2008 Order be extended for two weeks so that we may properly inquire into the issues raised in the Order and adequately and fully respond thereto. Accordingly, ABN's letter would be due on February 5, 2008 and Appellees' response would be due on February 20, 2008.

*Application granted. So ordered.*
*P. Kevin Castel, USDJ*
*1-23-08*

668002v1 009988.0102

## MOSES & SINGER LLP

Honorable P. Kevin Castel
January 23, 2008
Page 2

      My colleague, Scott Silberfein, has received written confirmation from Howard Comet, counsel to the Appellees, that Mr. Comet has no objection to the extension requested herein.

      Respectfully submitted,

      MOSES & SINGER LLP

      Christopher J. Caruso

cc:    Howard B. Comet, Esq. (*via facsimile – 212.310.8007*)
      Weil Gotshal & Manges LLP
      Counsel for Appellees

668002v1 009988.0102