# EXHIBIT 4

RAPID Snapshot

Page 1 of 3

PROD7

## Parmalat Finanziaria SpA (26693)

| Proposing Unit | : Diversified North America West | Pres. No. | : 2003/0036 |
|---|---|---|---|
| Prepared by | : Angela Noique (312-904-5219) | Submitted | : 17-Mar-03 |
| | : Margi Sirovatka (312-904-2997) | | |
| | | Req. Dec. date | : 18-Mar-2003 |

| Counterparty | Fac. No. | Amount | Type of Facility | Fac. ROS | Nature of Request | Review Date |
|---|---|---|---|---|---|---|
| Wishaw Trading SA UCR : X | L1 | USD 10.0 mln (EUR 9.07 mln) | Factoring/Discounting | 23.8% | New | Sep-2003 |

| | | Existing | Proposed |
|---|---|---|---|
| Global OOE | : | EUR 91.73 mln | EUR 100.8 mln |
| Global OOE in USD | : | USD 101.18 mln | USD 111.18 mln |
| Global ROS | : | 0% | 23.8% |
| Global RAROC | : | 0% | 48.8% |
| Relationship Rating | : | 3- | 3- |

### Relationship (Ultimate Parent)

| | | |
|---|---|---|
| Name (UP) | : | Parmalat SpA |
| Client Category / Status | : | Consumer / Key |
| Industry | : | Manufacture of food products and be (100%) |
| Management | : | Callisto Tanzi (Chairman and manging director) |
| Local Relationship Banker | : | Tamara Cavallucci (+390632476325) |
| Remarks | : | Appeal to pres. no. 2003/0027. A new guarantee has been drafted and addresses the requirements in the decision to presentation no. 2003/0027. This comprehensive guarantee covers political and country risk as well as any new money event. Further, this guarantee has been accepted by Parmalat (see attachments). |
| Presentation made for | : | Loan Products |

RAPID Snapshot                                                                 Page 2 of 3

## Facility L1 (AAC: 26693)

| Proposing Unit: | Diversified North America West | Pres. No.: | 2003/0036 |
|---|---|---|---|
| Counterparty: | Wishaw Trading SA | UCR: | X |
| J&SL: | | External Ratings: | |
| Industry: | Manufacture of dairy products (100%) | Sales: | Uruguay (100%) |

| | Proposed |
|---|---|
| Amount | USD 10.0 mln (EUR 9.07 mln) |
| Type of Facility | Factoring/Discounting, Uncommitted |
| Note to Facility | Sourced through GT&A |
| Tenor / Maturity / ufn | 360 Days / -- / ufn |
| Rates / Margin | a) LIBOR + 190 bp p.a. [Notes will be discounted] |
| Solv. drawn / undrawn | 8% / 0% |
| Facility ROS | 23.8% |
| Facility RAROC | 48.8% |
| Anticipated Usage | 100% |
| Facility Review Date | Sep - 2003 |
| UFR | 4 |
| LGD Classification  Calculated LGD  Final LGD | L1: 45%  L1: 45% |
| Guarantees | a) Inter Group Guarantee by Parmalat SpA (26693A, ucr: 3-) |
| Applicable Law | United States of America\New York(US-NY) |
| Facility Unit | Diversified North America Central |
| Lending Office | Chicago |
| Country of Ult. Exp. | Italy (IT) |
| Additional Remarks | The promissory notes will have a 360-day tenor. |

RAPID Snapshot

## Parmalat Finanziaria SpA (26693)

| Proposing Unit | : Diversified North America West | | Pres. No. | : 2003/0036 |
| --- | --- | --- | --- | --- |
| Client Cat. / Status | : Consumer / Key | | Submitted | : 17-Mar-03 |

| Fac. No. | Counterparty UCR (L/T rating) Industry Lending Office | Amount (EUR equivalent) [Sub-facility] | Type of Facility In Principle Tenor / Maturity / ufn Repayment Next Review Date | Pricing Facility ROS / UFR Solvency % | Facility Unit, LGD, Guarantees, Collateral, Clauses, Covenants, Support Letters |
| --- | --- | --- | --- | --- | --- |

GOOE: EUR 91.73 mln (USD 101.18 mln)

RAPID Snapshot                                                                 Page 1 of 3

## Parmalat Finanziaria SpA (26693)

| | | | | |
|---|---|---|---|---|
| Proposing Unit | : Diversified North America West | | Pres. No. | : 2003/0014 |
| Prepared by | : Angela Noique (312-904-5219) | | Submitted | : 22-Feb-03 |
| | : Margi Sirovatka (312-904-2997) | | | |
| | | | Req. Dec. date | : 26-Feb-2003 |

| Counterparty | Fac. No. | Amount | Type of Facility Fac. ROS | Nature of Request | Review Date |
|---|---|---|---|---|---|
| Wishaw Trading SA UCR : X | L1 | USD 10.0 mln (EUR 9.25 mln) | Factoring/Discounting 23.8% | New | Sep-2003 |

| | | Existing | Proposed |
|---|---|---|---|
| Global OOE | : | EUR 93.41 mln | EUR 102.66 mln |
| Global OOE in USD | : | USD 100.93 mln | USD 110.92 mln |
| Global ROS | : | 0% | 23.8% |
| Global RAROC | : | 0% | 48.8% |
| Relationship Rating | : - | 3- | 3- |

### Relationship (Ultimate Parent)

| | | |
|---|---|---|
| Name (UP) | : | Parmalat SpA |
| Client Category / Status | : | Consumer / Key |
| Industry | : | Manufacture of food products and be (100%) |
| Management | : | Callisto Tanzi (Chairman and manging director) |
| Local Relationship Banker | : | Tamara Cavallucci (+390632476325) |
| Remarks | : | Request for $10 new line to discount Parmalat-related notes. Cooperating Unit is GT&A which was not a possible choice in Rapid. |
| Presentation made for | : | Loan Products |

RAPID Snapshot

## Facility L1 (AAC: 26693)

| | | | |
|---|---|---|---|
| Proposing Unit: | Diversified North America West | Pres. No.: | 2003/0014 |
| Counterparty: | Wishaw Trading SA | UCR: | X |
| J&SL: | | External Ratings: | |
| Industry: | Manufacture of dairy products (100%) | Sales: | Uruguay (100%) |

| | Proposed |
|---|---|
| Amount | USD 10.0 mln (EUR 9.25 mln) |
| Type of Facility | Factoring/Discounting, Uncommitted |
| Note to Facility | Sourced through GT&A |
| Tenor / Maturity / ufn | 360 Days / -- / ufn |
| Rates / Margin | a) LIBOR + 190 bp p.a. [Notes will be discounted] |
| Solv. drawn / undrawn | 8% / 0% |
| Facility ROS | 23.8% |
| Facility RAROC | 48.8% |
| Anticipated Usage | 100% |
| Facility Review Date | Sep - 2003 |
| UFR | 4 |
| LGD Classification  Calculated LGD  Final LGD | L1: 45%  L1: 45% |
| Guarantees | a) Inter Group Guarantee by Parmalat SpA (26693A, ucr: 3-) |
| Applicable Law | United States of America\New York(US-NY) |
| Facility Unit | Diversified North America Central |
| Lending Office | Chicago |
| Country of Ult. Exp. | Italy (IT) |
| Additional Remarks | The promissory notes will have a 360-day tenor. |

RAPID Snapshot

Page 3 of 3

## Parmalat Finanziaria SpA (26693)

| Proposing Unit | : Diversified North America West | | Pres. No. | : 2003/0014 |
| Client Cat. / Status | : Consumer / Key | | Submitted | : 22-Feb-03 |

| Fac. No. | Counterparty UCR (L/T rating) Industry Lending Office | Amount (EUR equivalent) [Sub-facility] | Type of Facility In Principle Tenor / Maturity / u/n Repayment Next Review Date | Pricing Facility ROS / UFR Solvency % | Facility Unit, Recovery Rating, LGD Guarantees, Collateral, Clauses, Covenants, Support Letters |
|---|---|---|---|---|---|

GOOE: EUR 93.41 mln (USD 100.93 mln)