# EXHIBIT 5



## Standard Credit Submission

|   |   |
|---|---|
| * | Mandatory Field |
| ** | Review Only |

| | |
|---|---|
| Relationship: Parmalat Finanziaria Spa | AAC Number: 26693 |
| Client Status: Key | Presentation No: 2003/0014 |
| Last Decision Date: September 2002 | UCR: 3- |
| AGIC: 1500 | KMV EDF: ".15/A+" for Parmalat Finanziaria |
| Line of Business: Manufacture of Food Products and Beverages | Ratings:    ST       LT      Outlook<br>S&P         A-3      BBB-    Positive<br>Moodys    Not Rated |

**NATURE of REQUEST:**
We request approval for a $10 mln uncommitted facility for the ongoing discounting of promissory notes issued by Wishaw Trading SA in payment of agricultural commodities purchased from Archer Daniels Midland Company ("ADM"). Wishaw Trading ("Wishaw") is ultimately a subsidiary of Parmalat Finanziaria Spa ("Parmalat Finanziaria"), a key client of ABN AMRO Italy with a UCR rating of "3-".

This opportunity was sourced through AA Global Trade & Advisory's relationship with ADM. ADM currently maintains these types of discounting facilities with other banks and asked if we would be interested in this business. In this structure, ADM (more specifically, its AC Toepfer subsidiary) sells goods to Parmalat/Wishaw on 360 day payment terms. Wishaw's obligation to pay is evidenced by a promissory note which ADM sells/discounts to a bank on a non-recourse basis thus receiving immediate payment. These obligations will be guaranteed by Parmalat Spa ("Parmalat" or the "Guarantor" or the "Company"). Parmalat is Parmalat Finanziaria's wholly-owned main operating subsidiary.

Given that the ultimate credit exposure is that of Parmalat, we originally expected the facility to be proposed and booked by AA Italy. After discussions with Client Management and Credit Portfolio Management Italy, it was decided that this facility should be booked in the US in the client BU of the ADM relationship. The AA Italy relationship team is fully supportive of this request and the use of additional credit exposure for Parmalat. The transaction has already been approved by Capital Allocation Committee ("CAC").

CAC approved the transaction at the $15 mln level but CPM is temporarily proposing a $10 mln limit due to the dated financial information currently available on the guarantor (12/31/01). We are comfortable with Parmalat risk, and will seek to propose an increase to $15 mln once we receive more current financial information and can verify what we believe to be a positive trend in the Company's performance.

This transaction is economically attractive with a RAROC of 48.8% and Economic Profit of $84 thd (the Front Page of the proposal reflects only the ROS and RAROC of this transaction as opposed to aggregate Parmalat returns). In addition, it simultaneously enhances the Bank's relationship with both Parmalat and ADM, because it facilitates the trade flows between the two parties.

**COMPANY BACKGROUND:**
Parmalat is one of the world's largest processors of fluid milk (comprising 57% of FY '01 revenues). The Company also produces fresh dairy products such as yogurt, dairy desserts, and cheese (24% of revenues), bakery products (12% of revenues), and fruit-based beverages and tomato-based products (7% of revenues).

Parmalat Finanziaria, the top holding company, is a publicly traded company on the Milan Stock Exchange. Parmalat, a wholly-owned subsidiary, is its main operating company. Both Parmalat Finanziaria and Parmalat maintain senior unsecured ratings of "BBB-" and short-term issuer ratings of "A-3" from S&P. Parmalat Finanziaria maintains a strong KMV rating of "A+".

Wishaw is a Parmalat Uruguay entity that is ultimately owned 70% by Parmalat and 30% by Parmalat Brasil. AA Uruguay provides financing to Parmalat Urugay but not to Wishaw.

# Standard Credit Submission

## THE TRANSACTION:

- This facility will be structured as an uncommitted $10 mln one-year line. However, since we expect full usage from inception, we are considering the $10 mln as funded and therefore committed for LPT calculation purposes.
- This line is unsecured with ultimate reliance on the Parmalat guarantee for repayment. From a structural perspective, a guarantee from Parmalat (vs. from the ultimate parent) is appropriate, given that it is the main operating company.
- The facility's biggest structural weakness is the absence of any financial covenants or triggers. This weakness is mitigated by the short tenor and the fact that we can stop purchasing these notes at any time.
- Cross border risk exists by way of a Uruguayan borrower, Italian guarantor and loan funding in the US. Partial mitigants include: 1) Governing law is US/New York, 2) Promissory note and guarantee state that all amounts shall be paid free and clear of any taxes, imposts, or duties, and 3) While silent on country risk, the guarantee is unconditional.
- Chapman & Cutler has reviewed the documentation on a preliminary basis and has found it acceptable.
- The transaction does not violate any of the Bank's portfolio parameters.

## FINANCIAL HIGHLIGHTS: Parmalat Spa (€ mlns )

| Balance Sheet | FY 1998 | FY 1999 | FY 2000 | FY 2001 | Profit & Loss | FY 1998 | FY 1999 | FY 2000 | FY 2001 |
|---|---|---|---|---|---|---|---|---|---|
| Total Assets | 5,130 | 6,358 | 7,040 | 7,560 | Turnover/Sales | 3,625 | 4,580 | 5,289 | 5,553 |
| Net Worth | 1,063 | 1,215 | 1,621 | 1,814 | EBITDA | 453 | 597 | 719 | 775 |
| Total Debt | 3,009 | 3,845 | 4,362 | 4,223 | EBITDA Margin (%) | 12.5% | 13.0% | 13.6% | 14.0% |
| Contingent Liabilities | | | | 1.135 | Net Profit/Loss | 179 | 169 | 233 | 263 |
| Current Ratio | 2.13 | 1.62 | 1.99 | 2.15 | Total-Debt/EBITDA | 7.0x | 6.4x | 6.1x | 5.7x |
| Net Worth/T.A. | 21% | 19% | 23% | 24% | EBIT / Net Interest | 1.5x | 1.6x | 1.6x | 1.6x |

Please note that Parmalat's financial condition was reviewed by AA Italy in September 2002 (Proposal 2002/0064). A copy of that review is attached in Appendix I and the FAMAS Spreads are attached in Appendix III. Some of the highlights of that discussion are provided below:

- FY 2001 revenues rose 5% reflecting internal growth and full consolidation of acquisitions made in the prior year. EBITDA margin improved slightly due to cost synergies from integration of the acquired companies.
- Company has historically maintained high leverage (Debt/EBITDA) due to debt financed acquisitions. Leverage has been improving due to a slowdown in acquisitions coupled with EBITDA improvement. We also note that the Ttl Debt/EBITDA ratio above does not take into account the Company's strong cash and marketable securities position which totalled $2.9 bln at FYE '01. Adjusting for these cash balances, Net Debt/EBITDA totalled 1.8x.

## UCR RATING:

Wishaw: We have insufficient information to accurately recommend a UCR rating for the actual obligor, Wishaw. Since Wishaw is a Parmalat Uruguay entity and operates in the same country, we view this as the closest proxy for a rating. Consequently, we recommend a UCR rating of "4" equivalent to that of Parmalat Uruguay. We are comfortable with this imprecision given our ultimate reliance on the parent guarantee from Parmalat.

Parmalat: We recommend a UCR Rating of "3-" as proposed by AA Italy and approved by RMW in September 2002. The LA Encore Corporate Rating Sheet prepared by AA Italy supporting this rating is attached in Appendix II.

Because the financials used to make this determination are dated (12/31/01), we gain additional comfort from the current public S&P rating of "BBB-" for Parmalat and the strong KMV rating of "A+" for Parmalat Finanziaria. In relying on this KMV rating, we are making the assumption that financial strength indicators for the two entities are largely correlated (given that Parmalat is the main operating subsidiary and based on the fact that both entities receive the same rating from S&P). The KMV graph and S&P summaries are attached in Appendix II.

S&P Comments: The ratings on Parmalat Finanziaria and its main operating subsidiary Parmalat reflect the group's dominant domestic position in Italy, geographic diversity, and adequate financial profile for the rating category. Additional cited strengths include stability of milk consumption in developed markets coupled with growth potential in emerging markets and strong free operating cash flow with limited capex requirements.

# Standard Credit Submission

Weaknesses include substantial exposure to volatile South American countries (mitigated by steady results over the past years), modest profitability of Canadian operations (competitive market conditions), and the commodity nature of the milk product in developed countries. The outlook is positive (verify), and S&P expects Parmalat's credit measures to strengthen further which will likely result in a one-notch ratings upgrade. S&P is assuming the Company will not be making any major debt financed acquisitions.

### RECOMMENDATION:
We support this transaction due to the attractive economics and the fact that it benefits both Parmalat and ADM by facilitating their trade flows.

<u>Credit Portfolio Management</u>
Angela Noique

<u>Client Management</u>
John Church

Attachments:
Appendix I – AA Italy 2002 Review
Appendix II – S&P Summaries, KMV, and Corporate Rating Sheet
Appendix III – FAMAS Spreads on Parmalat