# EXHIBIT 6

PROD 9

DECISION: RMW
Completed

**Relationship:** Parmalat Finanziaria SpA (26693)    **Status: Key**

| | | | |
|---|---|---|---|
| **PRESENTATION** | Diversified North America West - 2003/0027 | | |
| **Pres Date** | 7-Mar-2003 | | |
| **Committee Date** | 10-3-2003 | **Committee Pres No** | S284 |
| **Approving Unit** | NARM Sign. | **Analyst** | Joanne Bonair |
| **RMW Desk** | North America (NY) | | |

| | | | |
|---|---|---|---|
| **DECISION** | | | |
| **Type** | Declined | **Decision Valid Until** | |

**Details**    GRM-NA declines the rebound, reiterating its stance that the parent company guara must include the political risk and new money event clauses.

We note the opinion from Chapman & Cutler (R. Rokosz) that the existing wording o submitted guarantee is sufficiently broad to cover cross-border/political risk.

N.B.: Parmalat SpA has already signed a guarantee for the Bank including the aforementioned clauses.

**Relationship Rating**    3-
**UCR/FRR**

| Alpha Code | Counterparty Name | UCR Old | UCR New | FRR Old | FRR New |
|---|---|---|---|---|---|
| L | Wishaw Trading SA | X | | No | |

**First Signature**    Joanne Bonair    **Date** 10-Mar-2003  4:44:15 PM
**Second Signature**    Amir Sahibzada    **Date** 10-Mar-2003  8:21:23 PM

**AGENDA**
**Action Requested**
**Ultimate Feedback Date**
**Monitoring Unit**
**Submission Date**
**Status New Presentation**
**New Presentation Number**

----- Forwarded by Terrence Ward/US/ABNAMRO/NL on 12/30/03 02:46 PM -----



Angela Noique
03/10/03 05:10 PM

To: Tamara Cavallucci/IT/ABNAMRO/NL @ ABNAMRO, Loredana
    Quitadamo/IT/ABNAMRO/NL @ ABNAMRO
cc: Margaret Sirovatka/US/ABNAMRO/NL @ ABNAMRO, Terrence
    Ward/US/ABNAMRO/NL @ ABNAMRO, John
    Church/US/ABNAMRO/NL @ ABNAMRO

Subject: Parmalat/ADM

Tamara and Loredana,

Margi Sirovatka has obtained approval from ADM to approach Parmalat requesting the inclusion of political risk language into the guarantee related to this trade documentation (our attorneys could draft it here as a side letter to the existing guarantee). Assuming you are in agreement, could one of you please contact Parmalat and ask them if they would be willing to sign this document? If they agree, I will have the attorney draft the letter and send it to you for execution.   (As mentioned in my previous E-Mail, GRM is requiring this language becuase they saw that Parmalat provided it in a guarantee for Brazil.)

I will be out of the bank tomorrow, so could you please communicate directly with Margi Sirovatka? Her phone number is: 312-904-2997.

So that you have an idea, the language we are looking for would look something like that below:

_____

_____

The liability of the Guarantor under this Guaranty shall be absolute and unconditional irrespective of the occurrence of a "Country Risk Event" or "New Money Credit Event". For purposes hereof:

"Country Risk Event" shall mean (a) the adoption of any law, rule or regulation or the action or failure of action by any authority (*de jure* or *de facto*) in the Borrower's country which (i) changes the obligations of the Borrower under such Borrower's facility, (ii) changes the ownership or control by the Borrower of its business or assets, or (iii) prevents or restricts the conversion into or transfer of the agreed currency; or (b) the occurrence of any *force majeure* or similar event which, directly or indirectly, prevents or restricts the payment or transfer in the agreed currency of any amounts owing under a facility into an account designated by the Bank or the free availability of such payments to the Bank.

"New Money Credit Event" shall mean the adoption of any law, rule or regulation or the action or requirement of any authority (*de jure* or *de facto*) in the Borrower's country pursuant to which the Bank must increase its credit extension to such Borrower.

Regards,

Angela Noique
Credit Portfolio Management
(312) 904-5219
angela.noique@abnamro.com