# EXHIBIT 7

PR0D6

----- Forwarded by Margaret Sirovatka/US/ABNAMRO/NL on 03/17/03 03:06 PM -----

Tamara Cavallucci
03/17/03 12:18 PM

To: Margaret Sirovatka/US/ABNAMRO/NL@ABNAMRO
cc: Anna Cilvio/IT/ABNAMRO/NL, Loredana Quitadamo/IT/ABNAMRO/NL@ABNAMRO
Subject: PNote and Side Letter format

Margaret,
please find below a quick translation of the message received from Parmalat Head Office.

"Dear Ms Cavallucci,
concerning the request received by our Brasilian colleagues, I confirm you that the format of the document (promissory note and guarantee), attached below, is for us acceptable.
Consequently, please proceed.
Kind regards,
Giogia Bocchi"

----- Forwarded by Tamara Cavallucci/IT/ABNAMRO/NL on 03/17/2003 06:46 PM -----

To: tamara.cavallucci@it.abnamro.com
cc: fconti@parmalat.com.br, x_amm_it@parmalat.net
Subject: PNote and Side Letter format

Gentile Dottoressa Cavallucci,
in relazione alla richiesta pervenutaci dai nostri colleghi brasiliani, Le confermo che il formato del documento (promissory e garanzia), di seguito allegato, e' per noi accettabile.
Vi preghiamo, pertanto, di procedere.

Molto cordialmente.

Giorgia Bocchi