# EXHIBIT 10

DOC 17<br>[stamp]: FILE COPY

## **PETITION**

To the honorable delegated judge of the procedure in extraordinary administration of Parmalat S.p.a. and related companies;

To the honorable Special Commissioner of Parmalat S.p.a. in extraordinary administration and related companies;

The undersigned Attorneys Umberto Serra and Giuseppe Curtò, prosecutors of the following companies:

- HSBC Bank Brasil S.A. – Banco Multiplo;

- HSBC Bank Plc;

- Banco ABN AMRO Real S.A.;

- ABN AMRO Bank N.V., New York Branch;

- ABN AMRO Bank N.V., Milan Branch;

- The Hongkong and Shangai [sic] Banking Corporation Limited, Shanghai secondary headquarters,

in reference to the six petitions for access and extraction of copies of documents presented in the interest of the companies listed above, all filed on September 6, 2004 at the Office of the Court's Clerk of the Bankruptcy Division of the Trial Court of Parma and authorized by the Delegated Judge with a provision on September 7, 2004; given the outcome of today's visit, September 14, 2004, to the offices of Parmalat S.p.a. in extraordinary administration

    [stamp]: 15 SEP 2004; B2 COURT ASSISTANT Gabriella Sportelli [signature] istparmalat

request that a statement be issued attesting that among the documents procured at the offices of Parmalat S.p.a. in extraordinary administration, there exists no official or unofficial accounting document which can account for the itemized list of the individual guarantees/fidejussions loaned by Parmalat S.p.a. for the benefit of third parties and as a security for bonds assumed by subsidiary and/or related and/or third-party companies, components of the data aggregated from both the daily transaction book and the financial statements of the Parmalat S.p.a. company in relation to fiscal years 2000, 2001, 2002, and 2003.

Respectfully,

Parma, 9/14/04

Umberto Serra, Attorney-at-law          Giuseppe Curtò, Attorney-at-law

[signature]

[handwritten]
Petition

To the honorable delegated judge of the procedure in extraordinary administration of Parmalat S.p.a. and related companies;
To the honorable Special Commissioner of Parmalat S.p.a. in extraordinary administration and related companies;
The undersigned Attorneys Umberto Serra and Giuseppe Curtò, prosecutors of the following companies:
- HSBC Bank Brasil S.A. – Banco Multiplo;
- HSBC Bank Plc;
- Banco ABN AMRO Real S.A.;
- ABN AMRO Bank N.V., New York Branch;
- ABN AMRO Bank N.V., Milan Branch;
- The Hongkong and Shangai [sic] Banking Corporation Limited, secondary headquarters of Shanghai,
in reference to the six petitions for access and extraction of copies of documents presented in the interest of the companies listed above, all filed on September 6, 2004 at the Office of the Court's Clerk of the Bankruptcy Division of the Trial Court of Parma and authorized by the Delegated Judge with a provision on September 7, 2004; given the outcome of today's visit, September 14, 2004, to the offices of Parmalat S.p.a. in extraordinary administration,

Request

that a statement be issued certifying that among the documents procured at the offices of Parmalat S.p.a. in extraordinary administration, there exists no official or unofficial accounting document which can account for the itemized list of the individual guarantees/fidejussions loaned by Parmalat S.p.a. ~~in favor~~ for the benefit of third parties and as a security for bonds assumed by subsidiary and/or related and/or third-party companies, components of the data aggregated from both the daily transaction book and the financial statements of the Parmalat S.p.a. company in relation to fiscal years 2000, 2001, 2002, and 2003.
Respectfully,
Parma, September 14, 2004
Umberto Serra, Attorney-at-law       [signature]
Giuseppe Curtò, Attorney-at-law       [signature]

[handwritten]
Petition

To the honorable delegated judge of the procedure in extraordinary administration of Parmalat S.p.a. and related companies;
To the honorable Special Commissioner of Parmalat S.p.a. in extraordinary administration and related companies;
The undersigned Attorneys Umberto Serra and Giuseppe Curtò, prosecutors of the following companies:
- HSBC Bank Brasil S.A. – Banco Multiplo;
- HSBC Bank Plc;
- Banco ABN AMRO Real S.A.;
- ABN AMRO Bank N.V., New York Branch;
- ABN AMRO Bank N.V., Milan Branch;
- The Hongkong and Shangai [sic] Banking Corporation Limited, secondary headquarters of Shanghai,
in reference to the six petitions for access and extraction of copies of documents presented in the interest of the companies listed above, all filed on September 6, 2004 at the Office of the Court's Clerk of the Bankruptcy Division of the Trial Court of Parma and authorized by the Delegated Judge with a provision on September 7, 2004; given the outcome of today's visit, September 14, 2004, to the offices of Parmalat S.p.a. in extraordinary administration,

Request

that a statement be issued certifying that among the documents procured at the offices of Parmalat S.p.a. in extraordinary administration, there exists no official or unofficial accounting document which can account for the itemized list of the individual guarantees/fidejussions loaned by Parmalat S.p.a. ~~in favor~~ for the benefit of third parties and as a security for bonds assumed by subsidiary and/or related and/or third-party companies, components of the data aggregated from both the daily transaction book and the financial statements of the Parmalat S.p.a. company in relation to fiscal years 2000, 2001, 2002, and 2003.
Respectfully,
Parma, September 14, 2004
Umberto Serra, Attorney-at-law       [signature]
Giuseppe Curtò, Attorney-at-law      [signature]

                                        [handwritten]: 9/14/04
                                        [signature: illegible]


TRANSPERFECT

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Liesse-Marie Slemon, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the document: "doc 17 istanza 14_09_04 depositata 15_09_04_EN" from Italian into English.

_Liesse-Marie Slemon_
Signature

Sworn to before me this
May 27, 2008

_[signature]_
Signature, Notary Public

Katharine L Perekslis
Notary Public, State of New York
No. 01PE6181423
Qualified in QUEENS County
Commission Expires Jan 28, 2012

_____
Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

**ISTANZA**

All'Ill.mo Giudice Delegato della procedura di amministrazione straordinaria di Parmalat S.p.a. e società collegate;

All'Ill.mo. Signor Commissario Straordinario della Parmalat S.p.a. in amministrazione straordinaria e società collegate;

I sottoscritti Avv.ti Umberto Serra e Giuseppe Curtò, procuratori delle seguenti società:

- HSBC Bank Brasil S.A. - Banco Multiplo;
- HSBC Bank Plc;
- Banco ABN AMRO Real S.A.,
- ABN AMRO Bank N.V., Filiale di New York;
- ABN AMRO Bank N.V., Filiale di Milano;
- The Hongkong and Shangai Banking Corporation Limited, sede secondaria di Shangai,

con riferimento alle n. 6 istanze di accesso e di estrazione di copia di documenti presentate nell'interesse delle sopra elencate società, depositate tutte in data 6 settembre 2004 presso la Cancelleria della Sezione Fallimentare del Tribunale di Parma e Tutte autorizzate dal Giudice Delegato con provvedimento in data 7 settembre 2004, all'esito della visita in data odierna, 14 settembre 2004, presso gli uffici della Parmalat S.p.a. in A.S.

istparmalat

chiedono

che venga rilasciata dichiarazione attestante che tra i documenti reperiti presso gli uffici della Parmalat S.p.a. in A.S. non esiste alcun documento contabile ufficiale o non ufficiale da cui risulti l'elenco dettagliato delle singole garanzie/fidejussioni prestate da Parmalat S.p.a. a beneficio di terzi ed a garanzia di obbligazioni assunte da imprese controllate e/o collegate e/o imprese terze, componenti il dato aggregato risultante sia dai libri giornale sia dai bilanci della società Parmalat S.p.a. relativi agli esercizi 2000, 2001, 2002 e 2003.

Con osservanza.

Parma, 14/9/2004

Avv. Umberto Serra                    Avv. Giuseppe Curtò

istparmalat

Istanza

All'Ill.mo Giudice Delegato della procedura di amministrazione straordinaria di Parmalat S.p.A. e società collegate;

All'Ill.mo Signor Commissario Straordinario della Parmalat S.p.A. in amministrazione straordinaria e società collegate;

I sottoscritti Avv.ti Umberto Serra e Giuseppe Curtò, procuratori delle seguenti società:

- HSBC Bank Brasil S.A. – Banco Multiplo;
- HSBC Bank Plc;
- Banco ABN AMRO Real S.A.;
- ABN AMRO Bank N.V., Filiale di New York;
- ABN AMRO Bank N.V., Filiale di Milano;
- The Hongkong and Shanghai Banking Corporation Limited, sede secondaria di Shanghai;

con riferimento alle n. 6 istanze di accesso e di estrazione di copia di documenti presentate nell'interesse delle sopra elencate società, depositate tutte in data 6 settembre 2004 presso la Cancelleria della Sezione Fallimentare del Tribunale di Parma e tutte autorizzate dal Giudice Delegato con provvedimenti in data 7 settembre 2004, all'esito della visita in data odierna, 14 settembre 2004, presso gli uffici della Parmalat S.p.A. in A.S.;

Chiedono

che venga rilasciata dichiarazione attestante che tra i documenti reperiti presso gli uffici della Parmalat S.p.A. in A.S. non esiste alcun documento contabile ufficiale o non ufficiale da cui risulti l'elenco dettagliato delle singole garanzie/fidejussioni prestate da Parmalat S.p.A. a beneficio di terzi ed a garanzia di obbligazioni assunte da imprese controllate e/o collegate e/o imprese terze, componenti il dato aggregato risultante sia dai libri giornale sia dai bilanci della società Parmalat S.p.A. relativi agli esercizi 2000, 2001, 2002 e 2003.

Con osservanza.

Parma, 14 settembre 2004

Avv. Umberto Serra

Avv. Giuseppe Curtò

Istanza

All'Ill.mo Giudice Delegato della procedura di amministrazione straordinaria di Parmalat S.p.A. e società collegate;
All'Ill.mo Signor Commissario Straordinario della Parmalat S.p.A. in amministrazione straordinaria e società collegate;

I sottoscritti Avv.ti Umberto Serra e Giuseppe Curtò, procuratori delle seguenti società:

- HSBC Bank Brasil S.A. – Banco Multiplo;
- HSBC Bank Plc;
- Banco ABN AMRO Real S.A.;
- ABN AMRO Bank N.V., Filiale di New York;
- ABN AMRO Bank N.V., Filiale di Milano;
- The Hongkong and Shangai Banking Corporation Limited, sede secondaria di Shangai;

con riferimento alle n. 6 istanze di accesso e di estrazione di copia di documenti presentate nell'interesse delle sopra elencate società, depositate tutte in data 6 settembre 2004 presso la Cancelleria della Sezione Fallimentare del Tribunale di Parma e tutte autorizzate dal Giudice Delegato con provvedimenti in data 7 settembre 2004, all'esito della visita in data odierna, 14 settembre 2004, presso gli uffici della Parmalat S.p.A. in A.S.,

Chiedono

che venga rilasciata dichiarazione attestante che tra i documenti reperiti presso gli uffici della Parmalat S.p.A. in A.S. non esiste alcun documento contabile ufficiale o non ufficiale da cui risulti l'elenco dettagliato delle singole garanzie/fidejussioni prestate da Parmalat S.p.A. a beneficio di terzi ed a garanzia di obbligazioni assunte da imprese controllate e/o collegate e/o imprese terze, componenti il dato aggregato risultante sia dai libri giornale sia dai bilanci della società Parmalat S.p.A. relativi agli esercizi 2000, 2001, 2002 e 2003.

Con osservanza.
Parma, 14 settembre 2004
Avv. Umberto Serra
Avv. Giuseppe Curtò