# EXHIBIT 12

**CONTINGENT LIABILITIES AND GUARANTEES
AND OTHER COMMITMENTS (Art. 2427 no. 9)**

| | |
|---|---|
| Bills discounted and bills for collection | 611,183,593 |
| Leasing to be paid | 10,159,928 |

Guarantees given to third parties:
| | |
|---|---|
| - to subsidiaries | 5,466,697,612 |
| - to associated companies | 65,000,000 |
| - to other companies of the Group | 73,652,034 |
| - to other companies | 28,408,008 |

Guarantees received from third parties:
| | |
|---|---|
| - from parent companies | 139,336,942 |

9



**TRANSPERFECT**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Liesse-Marie Slemon, hereby certify that the following is, to the best of my

knowledge and belief, a true and accurate translation of the document: "doc 10

bilancio di Parmalat SpA al 31_12_2002_EN" from Italian into English.

*Liesse-Marie Slemon*
Signature

Sworn to before me this
May 27, 2008

*[signature]*
Signature, Notary Public

**Katharine L Perekslis**
Notary Public, State of New York
No. 01PE6181423
Qualified in QUEENS County
Commission Expires Jan 28, 2010

Stamp, Notary Public

**CONTI D'ORDINE ED ALTRI IMPEGNI (Art. 2427 n. 9)**

| | |
|---|---|
| Effetti allo sconto e all'incasso | 611.183.593 |
| Leasing da pagare | 10.159.928 |

Fideiussioni prestate a terzi:
| | |
|---|---|
| – a favore di imprese controllate | 5.466.697.612 |
| – a favore di imprese collegate | 65.000.000 |
| – a favore di altre società del Gruppo | 73.652.034 |
| – a favore di altre imprese | 28.408.008 |

Fideiussioni ricevute da terzi:
| | |
|---|---|
| – da imprese controllanti | 139.336.942 |