UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re                                          Bankruptcy Court
                                               Case No. 04-14268 (RDD)
PARMALAT FINANZIARIA S.p.A., et al.,
                                               In a Proceeding Under Section
                                               304 of the Bankruptcy Code
       Debtors in a Foreign Proceeding.
--------------------------------------------------------x
ABN AMRO BANK N.V.,

                          Appellant,           District Court
                                               Case No. 07-cv-07413 (PKC)
- against -

PARMALAT FINANZIARIA S.p.A.,

                          Appellee.

--------------------------------------------------------x

## AFFIDAVIT OF SERVICE

## TO THE CLERK, THE UNITED STATES DISTRICT COURT:

        I, Nova Constantino, being duly sworn, deposes and says: affiant is not party to
the action, is over 21 years of age and resides in Brooklyn, New York.

        On June 3, 2008, affiant caused an exact copy of:

        **Declaration of Giuseppe Curto and accompanying exhibits**

to be served Via E-mail and Federal Express on the following parties at their designated
addresses for such service on the attached Service List.

                                               _____/s/ Nova A. Constantino_____
                                               Nova A. Constantino

Sworn to before me this 3rd day of June, 2008

_____/s/ Marie S. Leybag_____
**Marie S. Leybag**
Notary Public, State of New York
No. 01LE5060744
Qualified in Queens County
Commission Expires May 20, 2010

<u>Service List</u>

Howard B. Comet, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
howard.comet@weil.com