**EXHIBIT 3**

**The text translated below is Articles 44 and 45 of Italian Royal Decree 270/1942, as presented on p. 1632 of "The Italian Civil Code and related laws", edited by Giorgio De Nova, Zanichelli, Bologna, 2007. As presented there, the source text includes certain editorial material in brackets and a footnote that is not part of the statute and therefore is not included in this translation.**

**44.** *Actions carried out by the bankrupt party after the declaration of bankruptcy.* – 1. All actions carried out by the bankrupt party and the payments it executes after the declaration of bankruptcy are ineffective relative to creditors.
2. Equally ineffective are the payments received by the bankrupt party after the adjudication of bankruptcy.
3. Without prejudice to that foreseen by art. 42, second paragraph, the bankruptcy acquires all the proceeds which the bankrupt party has obtained during the course of the procedure, by effect of the actions noted in the first and second paragraphs.

**45.** *Procedures executed after the declaration of bankruptcy.* – 1. The procedures necessary to enforce actions against third parties, if executed after the date of the declaration of bankruptcy, are without effect relative to creditors.



**TRANSPERFECT**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Katharine Perekslis, hereby certify that the following document is to the best of my knowledge and belief, a true and accurate translation, of "Arts. 44 and 45 of Royal Decree 270/1942 ("The Italian Bankruptcy Law"), as presented in The Italian Civil Code and related laws, edited by Giorgio De Nova, Zanichelli, Bologna, 2007" from Italian into English.

_(signature)_

Katharine Perekslis
Signature

Sworn to before me this
May 28, 2008

_(signature)_

Signature, Notary Public

Pamela Boyle
Notary Public, State of New York
No. 01BO6181278
Qualified in NEW YORK County
Commission Expires Jan 28, ____

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM