## MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Scott E. Silberfein
Direct Dial: 212.554.7845
Direct Fax: 917.206.4343
ssilberfein@mosessinger.com

# MEMO ENDORSED

June 16, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

VIA FACSIMILE - 212.805.7949

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: In re Parmalat Finanziaria S.p.A.
ABN AMRO Bank N.V. (Appellant) v. Parmalat Finanziaria, et al. (Appellees)
07-cv-07413 (PKC)

Dear Judge Castel:

We represent Appellant ABN AMRO Bank N.V. in the above-referenced action.

Responsive submissions pursuant to Your Honor's May 1, 2008 order are due to be filed by today, June 16, 2008. Due to my own illness and an unforeseen family situation (emergency), we respectfully request a two-day extension of time, to Wednesday, June 18, 2008, to file responsive submissions. This is the first request for such an extension and counsel for Parmalat Finanziaria, et al., copied herein, has *consented* to the request.

Accordingly, we respectfully request that the time for both parties to file responsive submissions to the May 1, 2008 order be extended up to and including, Wednesday, June 18, 2008. This request will not alter any other scheduled dates.

Respectfully submitted,

MOSES & SINGER LLP

Scott E. Silberfein /p.q.q./

Scott E. Silberfein

[Handwritten endorsement: "Application granted. SO ORDERED. /s/ PKC USDJ 6-16-08  OK"]

cc: Howard B. Comet, Esq. (*via facsimile* – 212.310.8007 *and e-mail*)
Weil Gotshal & Manges LLP
Counsel for Appellees

697756v1  009988.0102