# MOSES & SINGER LLP

**MEMO ENDORSED**

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800
www.mosessinger.com

Scott E. Silberfein
Direct Dial: 212.554.7845
Direct Fax: 917.206.4345
ssilberfein@mosessinger.com

SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

June 17, 2008

Application granted.
SO ORDERED.
/s/ [signature] 6-18-08

**VIA FACSIMILE - 212.805.7949**

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: In re Parmalat Finanziaria S.p.A.
ABN AMRO Bank N.V. (Appellant) v. Parmalat Finanziaria, et al. (Appellees)
07-cv-07413 (PKC)

Dear Judge Castel:

We represent Appellant ABN AMRO Bank N.V. in the above-referenced action.

Responsive submissions pursuant to Your Honor's May 1, 2008 order are due to be filed by tomorrow, Wednesday, June 18, 2008. Due to my continuing illness and an unforeseen family situation (emergency), we respectfully request a one-day extension of time, to Thursday, June 19, 2008, to file responsive submissions. This is the second (and anticipated last) request for such an extension and counsel for Parmalat Finanziaria, et al., copied herein, has *consented* to the request. Our first request for an extension -- a two-day extension -- was granted on June 16, 2008.

OK

Accordingly, we respectfully request that the time for both parties to file responsive submissions to the May 1, 2008 order be extended up to and including, Thursday, June 19, 2008. This request will not alter any other scheduled dates.

Respectfully submitted,

MOSES & SINGER LLP

Scott E. Silberfein

cc: Howard B. Comet, Esq. *(via facsimile – 212.310.8007)*
Weil Gotshal & Manges LLP
Counsel for Appellees

698324v1 009988.0102