# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Scott E. Silberfein
Direct Dial: 212.554.7845
Direct Fax: 917.206.4343
ssilberfein@mosessinger.com

**MEMO ENDORSED**

```
USDS SDNY                June 18, 2008
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08
```

**VIA FACSIMILE - 212.805.7949**

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: In re Parmalat Finanziaria S.p.A.
ABN AMRO Bank N.V. (Appellant) v. Parmalat Finanziaria, et al. (Appellees)
07-cv-07413 (PKC)

Dear Judge Castel:

We represent Appellant ABN AMRO Bank N.V. in the above-referenced action.

Responsive submissions pursuant to Your Honor's May 1, 2008 order are due to be filed by tomorrow, June 19, 2008. Due to a death in my family today, we respectfully request an extension of time, to June 30, 2008, to file responsive submissions. This is the third request for such an extension and counsel for Parmalat Finanziaria, et al., copied herein, has *consented* to the request. Our first and second requests for extensions were granted on June 16 and 18, 2008.

Accordingly, we respectfully request that the time for both parties to file responsive submissions to the May 1, 2008 order be extended up to and including, Monday, June 30, 2008. This request will necessarily affect the oral argument currently scheduled for Monday, June 30, 2008. The parties respectfully advise that, if the Court is available, they are available for oral argument on Monday, July 14, 2008. If the suggested date of July 14, 2008 is not acceptable to the Court, the parties are available to discuss alternative, mutually acceptable dates.

Respectfully submitted,

MOSES & SINGER LLP

Scott E. Silberfein

cc: Howard B. Comet, Esq. (*via facsimile – 212.310.8007*)
Brian Link, Esq. (*via facsimile – 212.310.8007*)
Weil Gotshal & Manges LLP
Counsel for Appellees

698491v1 009988.0102

---

*Handwritten memo endorsement (approximate):* Responsive submission due June 30. Oral argument vacated/reviewed. After the submission, response to my order, the Court will determine whether oral argument will still be held. SO ORDERED. /s/ P. Kevin Castel, USDJ  6-19-08