# EXHIBIT D

Case 1:07-cv-07413-PKC    Document 26-13    Filed 06/30/2008    Page 2 of 3    Page 2 of 3



INT-CONT-M § 61:87                                                                                      Page 1
3 International Contract Manual § 61:87
**(Publication page references are not available for this document.)**

**International Contract Manual**
**Database updated January 2008**
Albert Kritzer, Sieg Eiselen, Jarno Vanto, Jessica Vanto

**Part II. Country Handbooks**
**Chapter 61. Italy**
Carmine Gravina, Andrea L. Pedeferri, Massimo Boni of CFMP--Corrado Ferrari
Mainieri Pedeferri & Soci, and Paolo Tognolo of Studio Tributario Tognolo.
[FN*]

§ 61:87. Bankruptcy legislation--Bankruptcy ("fallimento")

The bankruptcy proceeding represents the main and most important insolvency proceeding, which is substantially aimed at satisfying the rights of the creditors according to the principle of **"par condicio creditorum"** (i.e., equality of treatment among the creditors) and whose ultimate purpose is to liquidate and remove from the market insolvent commercial enterprises.

The bankruptcy proceeding applies only to commercial enterprises with the express exemption of public and governmental entities and of small-sized enterprises.

In this respect, it seems convenient to underline that, pursuant to the Bankruptcy Law, only those enterprises which are deemed to have engaged in a "commercial activity" may be declared bankrupt and that not all professions are considered to be commercial activities. Accordingly, in the event of insolvency, lawyers, doctors, and architects are not entitled to avail themselves of the Italian Bankruptcy Law.

The bankruptcy of a commercial enterprise is judicially declared when its insolvency is ascertained through external elements which are apt to demonstrate that the enterprise is no longer able to regularly meet the obligations undertaken in the exercise of its business.

The sequence of activities and the main characteristics of the bankruptcy procedure are briefly outlined be- low.

[FN*] **Carmine Gravina**. Università degli Studi di Roma "La Sapienza" (J.D. magna cum laude, 1996); New York University School of Law (LL.M. in Corporation Law, 2004). Admitted to the Bar of Rome (Italy), 1999, and to the New York State Bar, 2004. Co-authored the "Manuale di due diligence" ("Due Diligence Manual"), Il Sole 24 Ore Edizioni, 2003, Milan (Italy). Partner of the law firm CFMPCorrado Ferrari Mainieri Pedeferri & Soci, has gained an extensive experience in the area of corporate and business law and in providing legal assistance to foreign and domestic clients in mergers and acquisitions transactions, private equity and joint venture projects, and international investment contracts.

**Andrea L. Pedeferri**. Università degli Studi di Pavia (J.D., 1998). Admitted to the Bar of Milan (Italy), 2001. Founding partner of the law firm CFMPCorrado Ferrari Mainieri Pedeferri & Soci, he specializes in the areas of M&A, corporate and general commercial law, and also provides assistance to Italian and foreign companies on antitrust and competition matters and privacy and data protection issues, both at the Italian and European levels. Member of board of directors of several commercial companies.

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

https://web2.westlaw.com/print/printstream.aspx?sv=Split&prft=HTMLE&mt=NewLitigator&vr=2.0&prid=i...    6/10/2008

INT-CONT-M § 61:87                                                                                         Page 2
3 International Contract Manual § 61:87
**(Publication page references are not available for this document.)**

    **Massimo Boni**. Università degli Studi di Milano (J.D., 1999). Admitted to the Bar of Milan (Italy), 2002. Co-authored "International Immigration and Nationality LawItaly," Salzburg, Austria, 2003 Martinus Nijhoff PublishersKluwer Academic Publishers. Senior Associate of the law firm CFMPCorrado Ferrari Mainieri Pedeferri & Soci, he mainly specializes in the litigation area, providing assistance in judicial activities and arbitration proceedings before national and international courts and arbitration panels. His expertise also includes the areas of contracts and commercial law.

    **Paolo Tognolo**. Bocconi University, Italy (1989) and member of the Milan Bar (1993). Tax consultant in Milan, founder of Studio Tributario Tognolo in 2002. More than 13 years within PricewaterhouseCoopers International Tax Group. Specialized in tax advice to multinational groups, cross-border tax aspects, transfer pricing, M&A, tax due diligence, and extraordinary transactions. Authorbooks: "Deferred Tax Assets and Liabilities" (Cedam, 1996), "E-commerce and Tax" (Il Sole 24 Ore, 2001), "Permanent Establishment" (Il Sole 24 Ore, 2004). Speaker at several seminars and tax masters on international tax matters, regularly publishes articles on most Italian and foreign authoritative tax magazines (Il Sole 24 Ore, BNA, IBFD). (See more on http://www.tognolo.com.)

    The law firm **CFMPCorrado Ferrari Mainieri Pedeferri & Soci** was founded in 2005. The firm's main areas of expertise encompass the following: corporate law, commercial law and contracts, M&A, banking and finance, shipping finance, real estate, international and diplomatic organizations, media, sport and entertainment law, administrative business law, litigation and arbitration. The Firm's clientele mainly consists of members of the Italian and international business and finance community, holding companies of groups operating on the Italian and the international markets, as well as international organizations, diplomatic missions, and not-for-profit and charitable organizations. The Firm carries out its activities mainly through its offices located in Milan and Rome, and can rely on non-exclusive networks of specialized consultants and of carefully selected and high-profile law firms worldwide. For more information, please refer to http://www.cfmplegal.com.

© 2008 Thomson/West

INT-CONT-M § 61:87
END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.