USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re

PARMALAT FINANZIARA S.p.A., et al.,

                    Debtors in a Foreign Proceeding.

-------------------------------------------------------------x

ABN AMRO BANK N.V.,

                    Appellant,

        v.

PARMALAT FINANZIARA S.p.A.,

                    Appellees.

-------------------------------------------------------------x

Bankruptcy Court
Case No. 04-14268 (RDD)

07 Civ. 7413 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

        In reviewing the submissions, I have not seen where, in the course of the pro-
ceedings in the United States Bankruptcy Court or in this Court, Parmalat S.p.A. has either ad-
mitted or denied that Calisto Tanzi, purporting to act as Chairman of Parmalat S.p.A., executed
the guarantee at issue on or about March 27, 2003. A representative of Bana Intesa S.P.A. certi-
fied the signature on the guarantee as that of a person "duly empowered to contractually obligate
Parmalat S.p.A. (Italy)."

        It strikes me that whether Parmalat S.p.A. has a good faith basis to admit or deny
execution on or about the date the guarantee bears is not an irrelevant consideration. Again, the
issue is not whether the guarantee is valid or enforceable or whether Mr. Tanzi had proper au-
thorizations to execute the guarantee. The sole question as to which this Court's inquiry is di-
rected is whether the document was executed by Mr. Tanzi, purporting to act as Chairman of

Parmalat S.p.A., on or about the date it bears; this is the sole question, as I understand it, to which the inquiry under Article 2704 of the Italian Civil Code is directed.

The response should be in a letter—a paper—signed, after reasonable inquiry, by an attorney of record for Parmalat S.p.A. in accordance with Rule 11, Fed. R. Civ. P. The letter should be filed with the Clerk and a copy faxed to Chambers by noon on September 5, 2008.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
          September 2, 2008